### Davis *v.* The State.

Atkinson, Presiding Justice. No complaint is made of any error of law committed on the trial. The evidence was sufficient to support the verdict. The judge did not err in overruling the defendant's motion for new trial, based on the general grounds.

*Judgment affirmed. All the Justices concur.*

No. 11827. November 27, 1937.

*John C. Butt* and *T. B. Rainey,* for plaintiff in error.

*M. J. Yeomans, attorney-general, Herbert Calhoun, solicitor-general, A. Jones Perryman, Ellis G. Arnall,* and *E. J. Clower,* contra.